UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elton Tyler Mitchell**     **Docket No. 5:21-CR-261-1D**

### Petition for Action on Supervised Release

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Elton Tyler Mitchell, who, upon an earlier plea of guilty to Distribution of a Quantity of Fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 8, 2021, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Elton Tyler Mitchell was released from custody on August 30, 2024, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 9, 2025, the defendant submitted to a urinalysis that tested positive and was confirmed positive for cocaine. He was reprimanded for his drug use and advised that he would ne required to undergo a substance abuse assessment and attend drug treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                               is true and correct.

/s/ David W. Leake                             /s/ Caroline M. O'Reilly
David W. Leake                                 Caroline M. O'Reilly
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               2 Princess Street, Suite 308
                                               Wilmington, NC 28401-4290
                                               Phone: 910-679-2030
                                               Executed On: October 23, 2025

Elton Tyler Mitchell
Docket No. 5:21-CR-261-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __26__ day of __October__, 2025, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge